UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
JOANNA TULCZYNSKA,

    Plaintiff,

    -against-

QUEENS HOSPITAL CENTER; MOUNT SINAI HEALTH SYSTEM, INC.; PRUDENTIAL INSURANCE COMPANY OF AMERICA; ROSELYN MARQUEZ; RICARDO LOPEZ; JEAN FLEISCHMAN; HABIBUR RAHMAN,

    Defendants.
------------------------------------- X

No.: 17 CV 1669 (DAB)

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the parties as represented below, pursuant to Federal Rule 41(a), that the above-captioned proceeding against The Prudential Insurance Company of America (incorrect named herein "Prudential Insurance Company of America") is hereby withdrawn, discontinued, and dismissed with prejudice, and without costs and attorney fees to either party against the other.

DATED: January 18, 2019

Respectfully submitted,

ILASZ & ASSOCIATES

By: /s/ *Michele V. Ficarra*
Michele V. Ficarra
One Maiden Lane – 9th Floor
New York, New York 10038
(347) 885-4244
michelevficarra@gmail.com

*Attorneys for Plaintiff Joanna Tulczynska*

SEYFARTH SHAW LLP

By: /s/ *Anshel Joel Kaplan*
Anshel Joel Kaplan
620 Eighth Avenue
New York, NY 10018
(212) 218-5500
(212) 218-5526 (Fax)
akaplan@seyfarth.com

*Attorneys for Defendant The Prudential Insurance Company of America*

54365978v.2

## CERTIFICATE OF SERVICE

I, Michele V. Ficarra, an attorney, do hereby certify that I have caused a true and correct copy of the foregoing document to be filed using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record on January 22, 2019.

/s/ *Michele V. Ficarra*
Michele V. Ficarra